| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| **SOUTHERN DISTRICT OF ALABAMA** | **VOLUNTARY PETITION** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Thuss, Charles Darren** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Thuss, Jamie Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **8475** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **8265** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3211 Wynncliff Court East**<br>**Mobile, Alabama**<br>ZIP CODE **36695** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3211 Wynncliff Court East**<br>**Mobile, Alabama**<br>ZIP CODE **36695** |
| County of Residence or of the Principal Place of Business:<br>**MOBILE** | County of Residence or of the Principal Place of Business:<br>**MOBILE** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| [X] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[X] Other **Wholesale** | [X] Chapter 7  [ ] Chapter 15 Petition for<br>[ ] Chapter 9     Recognition of a Foreign<br>[ ] Chapter 11   Main Proceeding<br>[ ] Chapter 12  [ ] Chapter 15 Petition for<br>[ ] Chapter 13   Recognition of a Foreign<br>            Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>[ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>[ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  [X] Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| [X] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Thuss, Charles Darren and Thuss, Jamie Lynn** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____

   Signature of Attorney for Debtor(s)          (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☒  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Thuss, Charles Darren and Thuss, Jamie Lynn** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/Charles Darren Thuss**
————————————————————————
Signature of Debtor　　**Charles Darren Thuss**

X **/s/Jamie Lynn Thuss**
————————————————————————
Signature of Joint Debtor　**Jamie Lynn Thuss**

Telephone Number (if not represented by attorney)
**November 17, 2014**
————————————————————————
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐　I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐　Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ————————————————————————
(Signature of Foreign Representative)

————————————————————————
(Printed Name of Foreign Representative)

————————————————————————
Date

### Signature of Attorney*

X **/s/Barry L Thompson**
————————————————————————
Signature of Attorney for Debtor(s)
**Barry L Thompson**
————————————————————————
Printed Name of Attorney for Debtor(s)
**Silver, Voit & Thompson P.C.**
————————————————————————
Firm Name

**4317-A Midmost Drive**
**Mobile, Alabama 36609-5589**
————————————————————————
Address
**(251) 343-0800**
————————————————————————
Telephone Number
**November 17, 2014**
————————————————————————
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

————————————————————————
Printed Name and title, if any, of Bankruptcy Petition Preparer

————————————————————————
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

————————————————————————
Address

X ————————————————————————
Signature

————————————————————————
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ————————————————————————
Signature of Authorized Individual

————————————————————————
Printed Name of Authorized Individual

————————————————————————
Title of Authorized Individual

————————————————————————
Date

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re  Charles Darren Thuss and Jamie Lynn Thuss,                     )      Case No. _____

                    Debtor                                )

                                           )

                                           )      Chapter 7 _____

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    A.  None:

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    A.  None:

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re Charles Darren Thuss , Jamie Lynn Thuss      Case No. _____
             Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed*.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of:

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/Charles Darren Thuss _____

Date: November 17, 2014 ____

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ALABAMA

In re  Charles Darren Thuss, Jamie Lynn Thuss          Case No. _____
               Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of:

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:  /s/Jamie Lynn Thuss

Date: November 17, 2014

In re **Charles Darren Thuss and Jamie Lynn Thuss**
_____
    Debtor(s)

Case Number: _____
    (If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

[ ] **The presumption arises.**
[ ] **The presumption does not arise.**
[ ] **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | Part I.  MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>[ ] **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>[X] **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below,  (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>[ ] **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. [ ] I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>    [ ] I remain on active duty /or/<br>    [ ] I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. [ ] I am performing homeland defense activity for a period of at least 90 days /or/<br>    [ ] I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households.  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| a. | Gross receipts | $ |<br>| b. | Ordinary and necessary business expenses | $ |<br>| c. | Business income | Subtract Line b from Line a | | $ | $ |
| 5 | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>| a. | Gross receipts | $ |<br>| b. | Ordinary and necessary operating expenses | $ |<br>| c. | Rent and other real property income | Subtract Line b from Line a | | $ | $ |
| 6 | **Interest, dividends and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ _____ | Spouse $ _____ | | $ | $ |

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | | a. | $ |
| | | b. | $ |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

| | **Part III. APPLICATION OF § 707(b)(7) EXCLUSION** |
|---|---|

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____     b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** |
|---|---|

| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | | a. | $ |
| | | b. | $ |
| | | c. | $ |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | |
|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Persons under 65 years of age | | Persons 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person | |
| b1. | Number of persons | b2. | Number of persons | |
| c1. | Subtotal | c2. | Subtotal | $ |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:  _____  _____  _____ | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| a. | IRS Transportation Standards, Ownership Costs | $ | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| a. | IRS Transportation Standards, Ownership Costs | $ | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
|---|---|---|
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

## Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|
| | <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> | |
| | Total and enter on Line 34 | $ |
| | **If you do not actually expend this total amount**, state your actual total average monthly expenditures in the space below: <br> $ _____ | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|----|----|----|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|----|----|----|----|----|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c. | |

(Line 42 total) $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|----|----|----|----|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c |

(Line 43 total) $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|----|----|----|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
| | | a. | Projected average monthly chapter 13 plan payment. | $ | |
| | | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ | **0.00** |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ | **0.00** |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
| | | Expense Description | | Monthly Amount |
| | | a. | | $ |
| | | b. | | $ |
| | | c. | | $ |
| | | Total: Add Lines a, b and c | | $ |

\*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date: __**November 17, 2014**__          Signature: __**/s/Charles Darren Thuss**__<br>                                                                *(Debtor)*<br><br>Date: __**November 17, 2014**__          Signature: __**/s/Jamie Lynn Thuss**__<br>                                                                *(Joint Debtor, if any)* |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re **Charles Darren Thuss and Jamie Lynn Thuss**

_____,
*Debtor*

Case No. _____

Chapter **7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 285,000.00 | | |
| B - Personal Property | YES | 5 | $ 2,750,688.92 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 300,462.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 25 | | $ 793,817.81 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 13,245.92 |
| J - Current Expenditures of Individual Debtors(s) | YES | 4 | | | $ 13,204.00 |
| TOTAL | | 44 | $ 3,035,688.92 | $ 1,094,280.38 | |

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ALABAMA

In re **Charles Darren Thuss and Jamie Lynn Thuss** ,
_____,
*Debtor*

Case No. _____

Chapter **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

[X] Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re <u>Charles Darren Thuss and Jamie Lynn Thuss,</u>                    Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary Residence - Single Family Home<br><br>3211 Wyncliff Court East, Mobile, AL 36695 | Indestructible Tenancy in Common | J | $285,000.00 | $267,439.60 |
| | | Total ▶ | $285,000.00 | |

(Report also on Summary of Schedules.)

In re  __Charles Darren Thuss and Jamie Lynn Thuss,_____     Case No. _____
   _____**Debtor**_____                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | J | $40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking Account | H | $39.19 |
| | | Iberia Bank Checking Account | W | $453.51 |
| | | Hancock Bank Savings | J | $300.00 |
| | | Iberia Bank Savings | W | $1,000.87 |
| | | Wells Fargo Savings | H | $275.07 |
| | | Tyndall Credit Union Share Account | W | $5.00 |
| | | Brokerage Account at Charles Schwab | H | $1,424.38 |
| | | Brokerage Account at Charles Schwab | W | $1,316.60 |

In re  Charles Darren Thuss and Jamie Lynn Thuss,_____     Case No. _____
                                    **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Bed-$100.00; Nightstands (2)-$50.00; Dresser-$75.00; Chest of Drawers-$75.00; Hope Chest-$25.00; TV-$50.00; Bed-$100.00; Dresser-$75.00; Nightstand-$25.00; Bed-$100.00; Dresser-$50.00; Nightstand-$25.00; Bed-$100.00; Dresser-$50.00; Desk/Chair/Computer/Monitor/Printer-$200.00; Couch -$100.00; Chairs (3)-$50.00; End Tables (2)-$50.00; Coffee Table -$75.00; TV -$100.00; Curio Cabinet-$50.00; Dining Room Table w/6 chairs-$150.00; Buffet-$50.00; Sideboard-$100.00; Refrigerator-$100.00; Breakfast Table w/8 chairs-$100.00; Washer/Dryer-$100.00; Upright Deep Freezer-$100.00; Old Patio Table w/4 chairs-$25.00; Misc Tools-$50.00; Push Lawnmower-$100.00; Generator-$100.00; Weedeater-$50.00; Chainsaw-$50.00; TOTAL: $2600.00 | J | $2,600.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal Clothing | J | $200.00 |
| 7. Furs and jewelry. | | Watch and wedding bands | J | $200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | American Insurance term policy; no cash surrender value; benefits payable at death husband and children | W | $1,000,000.00 |
| | | American Insurance term policy; no cash surrender value; benefits payable at death wife and children | H | $1,000,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  Charles Darren Thuss and Jamie Lynn Thuss,_____     Case No. _____
                                    Debtor                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K through employer Aull & Monroe | H | $8,500.00 |
| | | 401K through employer Aull & Monroe | W | $390,000.00 |
| | | IRA | H | $7,109.86 |
| | | IRA | W | $7,109.86 |
| | | IRA | W | $122,047.88 |
| | | IRA | H | $16,265.12 |
| | | Simple IRA | H | $152,046.38 |
| | | IRA | W | $4,253.20 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Southern Sports Supply, Inc., a defunct corporation with no collectible accounts receivables. | J | $1.00 |
| | | BA Business Properties, LLC is a defunct real estate company which formerly owned their placeof business. | J | $1.00 |

B 6B  (Official Form 6B) (12/2007)

In re  Charles Darren Thuss and Jamie Lynn Thuss,_____     Case No. _____
                                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | 70 shares in Aull & Monroe subject to shareholder restrictions and $700 buy back. | W | $700.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Buick Rendevous CXL w/180,000 miles | J | $1,300.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Charles Darren Thuss and Jamie Lynn Thuss,** _____     Case No. _____
                                    **Debtor**                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2003 GMC Yukon SLT w/280,000 miles | J | $3,500.00 |
| | | 2012 BMW 528i w/30,000 | J | $30,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_4_ continuation sheets attached          Total ▶
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

|  |
|---|
| $2,750,688.92 |

In re **Charles Darren Thuss and Jamie Lynn Thuss,** _____ Case No. _____
                      **Debtor**                                                 **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675.*
  ☐ 11 U.S.C. § 522(b)(2)
  ☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 3211 Wyncliff Court East, Mobile, AL 36695 | Ala. Code § 6-10-2 | $10,000.00 | $285,000.00 |
| Cash | Ala. Code § 6-10-6 | $40.00 | $40.00 |
| Wells Fargo Checking Account | Ala. Code § 6-10-6 | $39.19 | $39.19 |
| Iberia Bank Checking Account | Ala. Code § 6-10-6 | $453.51 | $453.51 |
| Hancock Bank Savings | Ala. Code § 6-10-6 | $300.00 | $300.00 |
| Iberia Bank Savings | Ala. Code § 6-10-6 | $1,000.87 | $1,000.87 |
| Wells Fargo Savings | Ala. Code § 6-10-6 | $275.07 | $275.07 |
| Tyndall Credit Union Share Account | Ala. Code § 6-10-6 | $5.00 | $5.00 |
| Bed-$100.00; Nightstands (2)-$50.00; Dresser-$75.00; Chest of Drawers-$75.00; Hope Chest-$25.00; TV-$50.00; Bed-$100.00; Dresser-$75.00; Nightstand-$25.00; Bed-$100.00; Dresser-$50.00; Nightstand-$25.00; Bed-$100.00; Dresser-$50.00; Desk/Chair/Computer/Monitor/Printer-$200.00; Couch -$100.00; Chairs (3)-$50.00; End Tables (2)-$50.00; Coffee Table -$75.00; TV -$100.00; Curio Cabinet-$50.00; Dining Room Table w/6 chairs-$150.00; Buffet-$50.00; Sideboard-$100.00; Refrigerator-$100.00; Breakfast Table w/8 chairs-$100.00; Washer/Dryer-$100.00; Upright Deep Freezer-$100.00; Old Patio Table w/4 chairs-$25.00; Misc Tools-$50.00; Push Lawnmower-$100.00; Generator-$100.00; Weedeater-$50.00; Chainsaw-$50.00; TOTAL: $2600.00 | Ala. Code § 6-10-6 | $2,600.00 | $2,600.00 |
| Personal Clothing | Ala. Code § 6-10-6 | $200.00 | $200.00 |
| Watch and wedding bands | Ala. Code § 6-10-6 | $200.00 | $200.00 |
| American Insurance term policy; no cash surrender value; benefits payable at death husband and children | Ala. Code §§ 6-10-8, 27-14-29 | $1,000,000.00 | $1,000,000.00 |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re  **Charles Darren Thuss and Jamie Lynn Thuss,**                    Case No.  _____
_____
                   **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| | | | |
|---|---|---|---|
| American Insurance term policy; no cash surrender value; benefits payable at death wife and children | Ala. Code §§ 6-10-8, 27-14-29 | $1,000,000.00 | $1,000,000.00 |
| 401K through employer Aull & Monroe | Ala. Code § 19-3B-508 | $8,500.00 | $8,500.00 |
| 401K through employer Aull & Monroe | Ala. Code § 19-3B-508 | $390,000.00 | $390,000.00 |
| IRA | Ala. Code § 19-3B-508 | $7,109.86 | $7,109.86 |
| IRA | Ala. Code § 19-3B-508 | $7,109.86 | $7,109.86 |
| IRA | Ala. Code § 19-3B-508 | $122,047.88 | $122,047.88 |
| 2004 Buick Rendevous CXL w/180,000 miles | Ala. Code § 6-10-6 | $1,300.00 | $1,300.00 |
| 2003 GMC Yukon SLT w/280,000 miles | Ala. Code § 6-10-6 | $3,500.00 | $3,500.00 |
| 2012 BMW 528i w/30,000 | Ala. Code § 6-10-6 | $10.00 | $30,000.00 |
| Southern Sports Supply, Inc., a defunct corporation with no collectible accounts receivables. | Ala. Code § 6-10-6 | $1.00 | $1.00 |
| BA Business Properties, LLC is a defunct real estate company which formerly owned their placeof business. | Ala. Code § 6-10-6 | $1.00 | $1.00 |
| IRA | Ala. Code § 19-3B-508 | $16,265.12 | $16,265.12 |
| Simple IRA | 11 USC § 522(b)(3)(C) | $152,046.38 | $152,046.38 |
| IRA | Ala. Code § 19-3B-508 | $4,253.20 | $4,253.20 |
| Brokerage Account at Charles Schwab | Ala. Code § 6-10-6 | $1,424.38 | $1,424.38 |
| Brokerage Account at Charles Schwab | Ala. Code § 6-10-6 | $1,316.60 | $1,316.60 |
| 70 shares in Aull & Monroe subject to shareholder restrictions and $700 buy back. | Ala. Code § 6-10-6 | $700.00 | $700.00 |

In re  **Charles Darren Thuss and Jamie Lynn Thuss**_____,  Case No. _____

                          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2593<br>**Provident Funding Associates, LP**<br>**P.O. Box 5914**<br>**Santa Rosa, CA 95402-5914** | | J | **2009**<br>**First Mortgage**<br><br>**3211 Wyncliff Court East, Mobile, AL 36695**<br>VALUE $  **$285,000.00** | | | | **$267,439.60** | |
| ACCOUNT NO. 4-43<br>**Tyndall Credit Union**<br>**PO Box 59760**<br>**Panama City, FL 32412-0760** | | J | **2013**<br>**Purchase-Money Security Interest**<br><br>**2012 BMW 528i w/30,000**<br>VALUE $  **$30,000.00** | | | | **$33,022.97** | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | Subtotal ▶<br>(Total of this page) | $     **300,462.57** | $     **0.00** |
| | Total ▶<br>(Use only on last page) | $     **300,462.57** | $     **0.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> , Case No._____

                         Debtor                                                               *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**In re** <u>Charles Darren Thuss and Jamie Lynn Thuss</u> , Case No._____
                              Debtor                                                *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**0**___ continuation sheets attached

In re  **Charles Darren Thuss and Jamie Lynn Thuss** ,
                     Debtor

Case No. _____
                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**7th Avenue**<br>**1112 7th Ave**<br>**Monroe, WI 53566** | | H | **2012**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$20,000.00** |
| **ACCOUNT NO.**<br><br>**A & A Fire Extinguisher Co.**<br>**PO Box 29558**<br>**Dallas, TX 75229-0558** | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$69.13** |
| **ACCOUNT NO.**<br><br>**A&R Allied Enterprise Inc.**<br>**600 Grand Ave**<br>**Ridgefield, NJ 07657** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$521.18** |

    _**24**_  continuation sheets attached

Subtotal➤    $      **20,590.31**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,          Case No. _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ace Sports, Inc.<br>90-F Randall Ave<br>Woodlyn, PA 19094 | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $2,579.19 |
| ACCOUNT NO.<br><br>Advanced Disposal Services Gulf Coast<br>PO Box 791064<br>Baltimore, MD 21279-1064 | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $388.92 |
| ACCOUNT NO.<br><br>Alabama Computer Forms & Printing Co.<br>4008 Dauphin Island Pkwy<br>Mobile, AL 36605 | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $361.29 |
| ACCOUNT NO.<br><br>All Star Sports<br>One Main St.<br>PO Box 1356<br>Shirley, MA 10464 | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $1,749.22 |

Sheet no. __**1**__ of __**24**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **5,078.62**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,      Case No. _____
            **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Andover Coated Products, Inc. <br> 9 Fanaras Dr <br> Salisbury, MA 01952 | | H | 2010 <br><br> Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $252.31 |
| ACCOUNT NO. <br><br> ARC aka Ridgeway of Mobile <br> Lockbox 403984 <br> Atlanta, GA 30384-3984 | | H | 2008 <br><br> Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $665.00 |
| ACCOUNT NO. <br><br> Athletic Connection <br> PO Box 7726 <br> Dallas, TX 75209 | | H | 2012 <br><br> Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $2,316.87 |
| ACCOUNT NO. <br><br> B-Active Sportswear Inc. <br> 1020 Meyerside Dr. <br> Unit 5 & 6 <br> Mississauga, Ontario, Canada L5T 1K7 | | H | 2011 <br><br> Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $574.11 |

Sheet no. __2__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                         Subtotal▶   $      **3,808.29**

                                         Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,           Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Bank of America** <br>**PO Box 15710** <br>**Wilmington, DE 19886-5710** | | H | **2010** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$12,977.15** |
| **ACCOUNT NO.** <br><br>**Big Red Publications** <br>**2808 North Main St.** <br>**PO Box 723** <br>**Elkhorn, NE 68022** | | H | **2008** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$377.47** |
| **ACCOUNT NO.** <br><br>**Brian Joy** <br>**3229 Dianora Dr.** <br>**Rancho Palos Verdes, CA 90275** | | H | **2009** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$7,450.00** |
| **ACCOUNT NO.** <br><br>**Broder Bros** <br>**3312 N. Berkeley Lake Road** <br>**Deluth, GA 30096** | | H | **2010** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$9,283.22** |

Sheet no. __**3**__ of __**24**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **30,087.84**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,    Case No. _____
                                    Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Broder Bros:** <br><br>**Broder Bros<br>c/o Mr. Danny Barlar<br>Conrad & Barlar<br>PO Box 3045<br>Mobile, AL 36652** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Canadian Technical Tape, Ltd.<br>455 Boulevard de la Cote Vertu<br>Saint Lawrence, QC, Canada H4N 1E8** | | **H** | **2011**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$8,964.72** |
| **ACCOUNT NO.**<br><br>**Capital One, F.S.B.<br>PO Box 85184<br>Richmond, VA 23285-5184** | | **H** | **2012**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$18,569.00** |
| **Additional Contacts for Capital One, F.S.B.:** <br><br>**Capital One<br>c/o Holloway & Moxley, LLP<br>PO Box 4593<br>Montgomery, AL 36103** | | | | | | | |

Sheet no. __4__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **27,533.72**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,　　　Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Center Ice**<br>**35 Raglin Road, Unit #6**<br>**Cambridge, Ontario, Canada**<br>**N1T 1X9** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $1,746.25 |
| **ACCOUNT NO.**<br><br>**Centre De Sous-Traitance Beauce**<br>**9050, 22e Avenue, Parc Industriel**<br>**Villa de Saint-Georges, Quebec, Canada G5Y 7R6** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $2,046.81 |
| **ACCOUNT NO.**<br><br>**City of Lewisville Fire Protection**<br>**PO Box 299002**<br>**15 W Church St.**<br>**Lewisville, TX 75029-9002** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $30.00 |
| **ACCOUNT NO.**<br><br>**Coach-Mate Products**<br>**Site 23, PO Box 19**<br>**R.R. #1**<br>**De Winton, Alberta Canada**<br>**T0L 0K0** | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $429.90 |

Sheet no. __5__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **4,252.96**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,      Case No. _____
                                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Cross-Country Distributors, Inc. PO Box 29 Hallandale, FL 33009 | | H | 2011  Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $313.45 |
| ACCOUNT NO.  Custom Chenille 1130 Hillguard Road Dallas, TX 75243-8396 | | H | 2009  Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $1,341.30 |
| ACCOUNT NO.  DDR MDT Lakepoint Crossings LP Dept 101194-20852-00000475 PO Box 951923 Cleveland, OH 44193 | | H | 2008  Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $15,000.00 |
| ACCOUNT NO.  Djaygee, Inc. d/b/a Cutting Edge Sports 1 Bryant Street Woburn, MA 01801 | | H | 2010  Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $1,140.00 |

Sheet no. __6__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **17,794.75**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,　　　　Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Dodger Industries, Inc.**<br>**1702 21st St., Box 110**<br>**Eldora, IA 50627** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $492.33 |
| **ACCOUNT NO.**<br><br>**Eagle Hockey**<br>**455 Highbury Ave**<br>**London, Ontario, Canada**<br>**N5W 5K7** | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. business loan** | | | | $5,307.86 |
| **ACCOUNT NO.**<br><br>**Eastern Skateboard Supply Inc.**<br>**6612 Amsterdam Way**<br>**Wilmington, NC 28405** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $307.59 |
| **ACCOUNT NO.**<br><br>**Easton Sports**<br>**7855 Haskell Ave**<br>**Suite 200**<br>**Van Nuys, CA 91406-1902** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $78,867.91 |

Sheet no. __7__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $　　**84,975.69**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,          Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**ECHO Hockey**<br>**18318 Otter Creek Trail**<br>**Humble, TX 77346** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $884.00 |
| **ACCOUNT NO.**<br><br>**Edge Protech, LLC**<br>**43021 West 13 Mile Rd.**<br>**Novi, MI 48377** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $92.00 |
| **ACCOUNT NO.**<br><br>**EDMI Enterprise LLC dba Coolseatz**<br>**12020 Chandler Dr**<br>**Walton, KY 41094** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $370.52 |
| **ACCOUNT NO.**<br><br>**EmbroidMe of Lewisville**<br>**1425 RM 407, Suite 400 A**<br>**Lewisville, TX 75077** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $191.11 |

Sheet no. __**8**__ of __**24**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **1,537.63**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,
                **Debtor**

Case No. _____
              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Eschelon Sports** <br> **505 N. Smith Street** <br> **Suite 106** <br> **Corona, CA 92880** | | H | **2009** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $3,656.38 |
| **ACCOUNT NO.** <br><br> **FFC, LLC** <br> **PO Box 643975** <br> **Cincinnati, OH 45264-3975** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $0.00 |
| **ACCOUNT NO.** <br><br> **Focus Products** <br> **3404 S. Cato Springs Road** <br> **Fayetteville, AR 72701** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $365.23 |
| **ACCOUNT NO.** <br><br> **Frazier Sports** <br> **PO Box 20907** <br> **Waco, TX 76702-0580** | | H | **2008** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $1,487.18 |

Sheet no.__**9**__of __**24**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **5,508.79**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,          Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Glovesmith, Inc.**<br>**PO Box 146**<br>**6231 Hwy 61/67**<br>**Imperial, MO 63052-0146** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$2,164.44** |
| **ACCOUNT NO.**<br><br>**Graf**<br>**2308 Portland St. S.E.**<br>**Calgary, Alberta, CA T2G 4M6** | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$43,861.31** |
| **ACCOUNT NO.**<br><br>**Grogan, Lucille**<br>**PO Box 111**<br>**Lake Dallas, TX 75065** | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$1,537.50** |
| **ACCOUNT NO.**<br><br>**Harrow Sports, Inc.**<br>**600 West Bayaud Ave**<br>**Denver, CO 80223** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$1,730.78** |

Sheet no. **10** of **24** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **49,294.03**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,          Case No. _____
                                                                                    **Debtor**                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Heft, Bryan**<br>**1216 Old Oak Trail**<br>**Flower Mound, TX 75028** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$175.00** |
| **ACCOUNT NO.**<br><br>**Hockey West**<br>**14010 Gracebee**<br>**Norwalk, CA 90650** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$14,503.41** |
| **ACCOUNT NO.**<br><br>**Hockeyis**<br>**12235 53rd Ave**<br>**Montreal, Quebec, Canada H1E 0A6** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. business loan** | | | | **$2,126.23** |
| **ACCOUNT NO.**<br><br>**Icon-Elite Group, Inc.**<br>**380 rue DesLauriers St.**<br>**Montreal, Quebec H1E 0A6** | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$5,281.48** |

Sheet no. __11__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $   **22,086.12**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,     Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Imprints Wholesale <br> Dept. 1879 <br> Denver, CO 80291-1879 | | H | **2012** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $3,202.65 |
| ACCOUNT NO. <br><br> IncredibleSports Pro Shop <br> 3299 Sportsplex Dr <br> Coral Springs, FL 33065 | | H | **2012** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $1,395.00 |
| ACCOUNT NO. <br><br> K. Donelson Foose <br> 273 Azalea Road, 1-216 <br> Mobile, AL 36609 | | H | **2013** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $2,000.00 |
| ACCOUNT NO. <br><br> K-1 Sportswear <br> 1309 Ave C <br> Cloquet, MN 55720 | | H | **2008** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $354.00 |

Sheet no. __12__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,951.65**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,     Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Kamazu**<br>**360 Sprinnaker Way**<br>**Concord, Ontario, Canada**<br>**L4K 4W1** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$5,430.55** |
| **ACCOUNT NO.**<br><br>**Land Holding LLC**<br>**c/o PNC Bank, NA**<br>**101 West Washington St., 5th Floor**<br>**Mail Stop 11-Y013-05-8**<br>**Indianapolis, IN 46255** | | H | **2011**<br><br>**Possible deficiency balance by guarantor after foreclosure of land owned by BA Business Properties LLC** | | | | **$25.00** |
| **ACCOUNT NO.**<br><br>**Laundry Loops Inc.**<br>**PO Box 5167**<br>**Bozeman, MT 59717** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$1,384.37** |
| **ACCOUNT NO.**<br><br>**Mearthane Products Corp**<br>**PO Box 33361**<br>**Hartford, CT 06150-3361** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$2,000.00** |

Sheet no. __**13**__ of __**24**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶　$　**8,839.92**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,          Case No. _____
                            **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Mobile Professional Baseball DBA BayBears Attn: Berry Adams 755 Bolling Bros Blvd Mobile, AL 36606 | | H | **2009** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $3,851.00 |
| ACCOUNT NO. <br><br>Monkeysports, Inc. Attn: Accts Receivable 1550 Magnolia Ave, Ste 101 Corona, CA 92879 | | H | **2010** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $800.00 |
| ACCOUNT NO. <br><br>Mr. Scott Morrow 825 Hidden Springs Ct McKinney, TX 75071 | | H | **2012** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $3,000.00 |
| ACCOUNT NO. <br><br>Nash Sports RR #1 Lakefield, Ontario, Canada K0L 2H0 | | H | **2009** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $1,905.28 |

Sheet no. __14__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **9,556.28**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,     Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**New England Sports Sales, Inc.**<br>**22 Prospect St.**<br>**Unit 6**<br>**Woburn, MA 01801** | | H | **2008**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$7,737.95** |
| **ACCOUNT NO.**<br><br>**Oklahoma City Blazers**<br>**105 N Hudson, Ste 101**<br>**Oklahoma City, OK 73102** | | H | **2009**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$525.00** |
| **ACCOUNT NO.**<br><br>**Outdoor Cap Company, Inc.**<br>**1200 Melissa Dr.**<br>**PO Box 210**<br>**Bentonville, AR 72712** | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$3,845.02** |
| **ACCOUNT NO.**<br><br>**Patins STEP, Inc.**<br>**2560 Dalton Ave**<br>**Quebec QC, Canada GP1 3S4** | | H | **2010**<br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$7,847.42** |

Sheet no. __15__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **19,955.39**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,      Case No. _____
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Pitney Bowes, Inc.** **PO Box 371896** **Pirrsburgh, PA 15250-7896** | | H | **2009** <br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $90.86 |
| **ACCOUNT NO.** <br><br> **Pitney Powes/Purchase Power** **PO Box 371874** **Pittsburgh, PA 15250-7874** | | H | **2010** <br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $1,188.97 |
| **ACCOUNT NO.** <br><br> **PNC Bank** **c/o George M. Neal, Jr.** **Sirote and Permutt, PC** **2311 Highland Avenue South** **Birmingham, AL 35205** | | H | **2006** <br> **Possible Personal Guarantor for Southern Sports Supply Corp. business loan** | | | | $94,331.00 |
| **ACCOUNT NO.** <br><br> **PNC Bank** **c/o George M. Neal, Jr.** **Sirote and Permutt, PC** **2311 Highland Avenue South** **Birmingham, AL 35205** | | J | **2006** <br> **Possible Personal Guarantor for Southern Sports Supply Corp. business loan** | | | | $208,542.00 |

Sheet no.__16__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **304,152.83**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,  Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | **2010** | | | | |
| **Printing One** **740 Hillscrest Rd** **Mobile, AL 36695** | | H | Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $45.78 |
| **ACCOUNT NO.** | | | **2009** | | | | |
| **ProGuard Sports, Inc.** **PO Box 258** **Hugo, MN 55038-0258** | | H | Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $1,458.22 |
| **ACCOUNT NO.** | | | **2010** | | | | |
| **R. Carter & Associates, Inc.** **PO Box 902** **Mobile, AL 36601** | | H | Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $214.68 |
| **ACCOUNT NO.** | | | **2009** | | | | |
| **Reebok-CCM Hockey US, Inc.** **PO Box 5219** **New York, NY 10087-5219** | | H | Possible Personal Guarantor for Southern Sports Supply Corp. debt. | | | | $60,001.37 |

Sheet no. __17__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **61,720.05**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,     Case No. _____
                **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Reliable Hockey** <br>**25 Depot Road** <br>**Groton, CT 06340** | | H | **2008** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $329.75 |
| ACCOUNT NO. <br><br> **Riley, Judy** <br>**PO Box 138** <br>**Saraland, AL 36571** | | H | **2009** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $36.00 |
| ACCOUNT NO. <br><br> **Sasch, Inc.** <br>**8101-A Moberly** <br>**Dallas, TX 75227** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $841.69 |
| ACCOUNT NO. <br><br> **SBK** <br>**3905 rue Lesage** <br>**Sherbrooke, Quebec, Canada J1L 2Z9** | | H | **2011** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $38,183.22 |

Sheet no. __**18**__ of __**24**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► | $ | **39,390.66**

Total► (Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,      Case No. _____
                       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Scapa Tapes** <br> **PO Box 414086** <br> **Boston, MA 02241-4086** | | H | **2012** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $12,077.52 |
| **ACCOUNT NO.** <br><br> **Screen Process of Alabama, LLC** <br> **4250 Praytor Way** <br> **Trussville, AL 35173** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $509.68 |
| **ACCOUNT NO.** <br><br> **Sher-Wood Hockey, Inc.** <br> **PO Box 431** <br> **Derby Line, VT 05830** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $6,553.01 |
| **ACCOUNT NO.** <br><br> **Shock Doctor Sports Technology** <br> **3300 Fernbrook Lane N.** <br> **Plymouth, MN 55447** | | H | **2008** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $8.53 |

Sheet no. __19__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $    **19,148.74**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,
              **Debtor**

Case No. _____
              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Smarthockey** <br> **815A Brazos St. #170** <br> **Austin, TX 78701-2502** | | H | **2009** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$495.00** |
| **ACCOUNT NO.** <br><br> **SP Apparel Inc.** <br> **1237 Boul. Industriel** <br> **Granby, Quebec, Canada J2J 2B8** | | H | **2008** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$990.65** |
| **ACCOUNT NO.** <br><br> **Stanfield's Limited** <br> **1 Logan St.** <br> **PO Box 190** <br> **Truro, NS Canada B2N 5C2** | | H | **2009** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$783.19** |
| **ACCOUNT NO.** <br><br> **Terminix** <br> **PO Box 742592** <br> **Cincinnati, OH 45274-2592** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$140.00** |

Sheet no. __**20**__ of __**24**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **2,408.84**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,          Case No. _____

                  **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Texas Sports Zone** <br> **4708 Laurel St.** <br> **Bellaire, TX 77401** | | H | **2009** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. business loan** | | | | **$255.00** |
| **ACCOUNT NO.** <br><br> **Torspo Hockey International Inc** <br> **12 Bridge Square, Ste 103** <br> **Anoka, MN 55303** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$1,722.97** |
| **ACCOUNT NO.** <br><br> **Tour Skate Company** <br> **1157 Payshere Circle** <br> **Chicago, IL 60674** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$2,770.37** |
| **ACCOUNT NO.** <br><br> **Transfer Express** <br> **7650 Tyler Blvd** <br> **Mentor, OH 44060** | | H | **2009** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$1,289.69** |

Sheet no. **21** of **24** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $     **6,038.03**

Total▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,          Case No. _____
                              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Trenway Textiles** <br> **1701 Everett Drive West** <br> **Fort Payne, AL 35968** | | H | **2008** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$1,190.73** |
| ACCOUNT NO. <br><br> **Tri-Foxco** <br> **4645 Witmer Industrial Estate** <br> **Niagra Falls, NY 14305** | | H | **2008** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$156.96** |
| ACCOUNT NO. <br><br> **Twin City Knitting Co.** <br> **104 Rock Barn Rd NE** <br> **Conover, NC 28613** | | H | **2009** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$6,237.08** |
| ACCOUNT NO. <br><br> **United Parcel Service** <br> **PO Box 7247-0244** <br> **Philadelphia, PA 19170-0001** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$655.21** |

Sheet no. **22** of **24** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **8,239.98**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,     Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**UPS Supply Chain Solutions, Inc.** <br>**28013 Network Place** <br>**Chicago, IL 60673-1280** | | H | **2012** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $610.18 |
| **ACCOUNT NO.** <br><br>**Valken** <br>**1 Hawk Court** <br>**Swedesboro, NJ 08085** | | H | **2008** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $575.66 |
| **ACCOUNT NO.** <br><br>**Vaughn** <br>**550 S Glaspie St.** <br>**Oxford, MI 48371** | | H | **2009** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $2,480.32 |
| **ACCOUNT NO.** <br><br>**Warrior Sports, Inc.** <br>**16151 Collections Center Dr** <br>**Chicago, IL 60693** | | H | **2009** <br><br>**Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | $27,721.33 |

Sheet no. __23__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **31,387.49**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Charles Darren Thuss and Jamie Lynn Thuss</u> ,          Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Wilson Sporting Goods** <br> **PO Box 3135** <br> **Carol Stream, IL 60132-3135** | | H | **2010** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **Wincraft Inc. - Pepline Div** <br> **PO Box 86** <br> **SDS #12-1806** <br> **Minneapolis, MN 55486-1806** | | H | **2008** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$1,827.18** |
| **ACCOUNT NO.** <br><br> **Zephyr** <br> **PO Box 304** <br> **Stillwater, MN 55082** | | H | **2009** <br><br> **Possible Personal Guarantor for Southern Sports Supply Corp. debt.** | | | | **$1,652.02** |

Sheet no. __24__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **3,479.20**

Total▶  $  **793,817.81**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Charles Darren Thuss and Jamie Lynn Thuss,**  Case No. _____
_____
          **Debtor**                             **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

In re **Charles Darren Thuss and Jamie Lynn Thuss,** _____     Case No. _____

Debtor                                                                 (if known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Fill in this information to identify your case:**

Debtor 1    __Charles Darren Thuss__
           First Name           Middle Name         Last Name

Debtor 2    __Jamie Lynn Thuss__
(Spouse, if filing) First Name      Middle Name       Last Name

United States Bankruptcy Court for: __Southern District of Alabama__

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed <br> ☐ Not employed | ☒ Employed <br> ☐ Not employed |
| **Occupation** | Marketing Director | Portfolio Manager |
| **Employer's name** | Aull & Monroe | Aull & Monroe |
| **Employer's address** | 3605 Springhill Business Park <br> Number   Street <br> Ste A | 3605 Springhill Business Park <br> Number   Street <br> Ste A |
| | Mobile, AL 36608-1239 <br> City      State    ZIP Code | Mobile, AL 36608-1239 <br> City      State    ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ 3,479.99 | $ 8,333.33 |
| **3.** | **Estimate and list monthly overtime pay.** | 3.   + $ 0.00 | + $ 0.00 |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4.   $ 3,479.99 | $ 8,333.33 |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .................................................... ➔ 4. | $ 3,479.99 | $ 8,333.33 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** 5a. | $ 630.11 | $ 1,857.29 |
| 5b. | **Mandatory contributions for retirement plans** 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ 5h. | + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 630.11    $ 1,857.29

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 2,849.88    $ 6,476.04

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00    $ 0.00

8b. **Interest and dividends**   8b.   $ 0.00    $ 3,920.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00    $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00    $ 0.00

8e. **Social Security**   8e.   $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.    $      $

Specify: _____   8f.

8g. **Pension or retirement income**   8g.   $ 0.00    $ 0.00

8h. **Other monthly income.** Specify: _____   8h.   + $ 0.00    + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00    $ 3,920.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 2,849.88   +   $ 10,396.04   =   $ 13,245.92

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 13,245.92

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    **Charles Darren Thuss**
First Name     Middle Name     Last Name

Debtor 2    **Jamie Lynn Thuss**
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for: **Southern District of Alabama**

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☒ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **BAT (Daughter)** | **9** | ☐ No  ☒ Yes |
   | **BMT (Daughter)** | **7** | ☐ No  ☒ Yes |
   | _____ | ____ | ☐ No  ☐ Yes |
   | _____ | ____ | ☐ No  ☐ Yes |
   | _____ | ____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | **Your expenses** |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. | $ **1,950.00** |
| If not included in line 4: | |
| 4a. Real estate taxes    4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance    4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses    4c. | $ 385.00 |
| 4d. Homeowner's association or condominium dues    4d. | $ 20.00 |

Case 14-03772    Doc 1    Filed 11/17/14   Entered 11/17/14 14:54:40    Desc Main
Document    Page 60 of 92

|  | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ **0.00**

6. **Utilities:**

   6a.    Electricity, heat, natural gas    6a.    $ **350.00**

   6b.    Water, sewer, garbage collection    6b.    $ **100.00**

   6c.    Telephone, cell phone, Internet, satellite, and cable services    6c.    $ **310.00**

   6d.    Other. Specify: **See Attachment 1**    6d.    $ **95.00**

7. **Food and housekeeping supplies**    7.    $ **900.00**

8. **Childcare and children's education costs**    8.    $ **2,300.00**

9. **Clothing, laundry, and dry cleaning**    9.    $ **230.00**

10. **Personal care products and services**    10.    $ **150.00**

11. **Medical and dental expenses**    11.    $ **800.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $ **750.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ **1,000.00**

14. **Charitable contributions and religious donations**    14.    $ **0.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.    Life insurance    15a.    $ **220.00**

   15b.    Health insurance    15b.    $ **760.00**

   15c.    Vehicle insurance    15c.    $ **200.00**

   15d.    Other insurance. Specify:_____    15d.    $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: **Monthly Taxes**    16.    $ **1,633.00**

17. **Installment or lease payments:**

   17a.    Car payments for Vehicle 1    17a.    $ **706.00**

   17b.    Car payments for Vehicle 2    17b.    $ **0.00**

   17c.    Other. Specify: **Car Maintenance**    17c.    $ **300.00**

   17d.    Other. Specify: **Car Tags**    17d.    $ **45.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, Schedule I, Your Income** (Official Form B 6I).    18.    $ **0.00**

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.    Mortgages on other property    20a.    $ **0.00**

   20b.    Real estate taxes    20b.    $ **0.00**

   20c.    Property, homeowner's, or renter's insurance    20c.    $ **0.00**

   20d.    Maintenance, repair, and upkeep expenses    20d.    $ **0.00**

   20e.    Homeowner's association or condominium dues    20e.    $ **0.00**

21.  **Other**. Specify: _____    21.    +$ __0.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22.    $ __13,204.00_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $ __13,245.92_____

     23b.  Copy your monthly expenses from line 22 above.    23b.    − $ __13,204.00_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*    23c.    $ __41.92_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ❑ No.
     ❑ Yes.    Explain here:

# Addendum

**Attachment 1**

    **Description: Natural Gas**
    **Amount: 75.00**

    **Description: Alarm System**
    **Amount: 20.00**

In re **Charles Darren Thuss and Jamie Lynn Thuss** ,     Case No. _____
_____
**Debtor**                                             **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __46__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 17, 2014** _____     Signature: **/s/Charles Darren Thuss** _____
                                                      **Charles Darren Thuss** Debtor

Date **November 17, 2014** _____     Signature: **/s/Jamie Lynn Thuss** _____
                                                      **Jamie Lynn Thuss** (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,             Social Security No.
of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
  Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                            Signature: _____

                                        _____
                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ALABAMA

In re: Charles Darren Thuss and Jamie Lynn Thuss     Case No _____
<br>_____Debtor_____              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

     **1. Income from employment or operation of business**

None
☐

       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

             AMOUNT                     SOURCE

Debtor:
       Current Year (2014):
       $33,729.15                   YTD from paystub dated 10/8/14

       Previous Year 1 (2013):
       $181,801.00              Federal Tax Return, line 37

Previous Year 2 (2012):
$171,319.00                          Federal Tax Return, line 37

Joint Debtor:
Current Year (2014):
$80,769.15                           YTD from paystub dated 10/8/14


Previous Year 1 (2013):


Previous Year 2 (2012):


**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. **(Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)**

AMOUNT                          SOURCE

Debtor:
N/A

Joint Debtor:
Current Year (2014):
$52,360.00                       Dividends


Previous Year 1 (2013):


Previous Year 2 (2012):

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)

any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

Joint Debtor:

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: PNC Bank v. Southern Sports Supply, Corp.a/k/a Southern Sports Supply, Inc., Chrls D. Thuss and Jamie L. Thuss Case Number: CV-00253-KD-B | Money owed | United States District Court Southern District Alabama | Pending as of filing date |
| Sportstape Athletic Products Inc. v. Southern Sports Supply Corp; Charles D. Thuss Case Number: CV-2010-001210 | Money Owed | Circuit Court Mobile County, Alabama | Judgment |
| American Express Bank FSB v. Charles Thuss, et al Case Number: DV-2011-000928 | Money Owed | District Court Mobile County, Alabama | Judgment |
| Joint Debtor: N/A | | | |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | RELATIONSHIP | DESCRIPTION |
| --- | --- | --- |

| OF PERSON | TO DEBTOR, | DATE | AND VALUE |
|---|---|---|---|
| OR ORGANIZATION | IF ANY | OF GIFT | OF GIFT |

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Debtor | | |
| | Husband involved in internet scam in which he paid $6800. | |
| Value: $6,800.00 | Husband filed FBI report.  No action yet. | |
| Joint Debtor: N/A | | |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Silver, Voit & Thompson 4317-A Midmost Drive Mobile, AL 36609 | 7/7/14 | $3,500.00 |
| Joint Debtor: N/A | | |

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒     b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

### 11. Closed financial accounts

None ☒     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

### 12. Safe deposit boxes

None ☒     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

### 13. Setoffs

None ☒     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

### 14. Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Debtor:<br>B.A. Thuss and B.M. Thuss | Our 2 minor daughters have Uniform Custodian of Minor Act accounts set up for them at Charles Schwab. The balance in each is not greater than $10,000. The majority of the money in the accounts was not paid by us but was paid by our parents. We do not use any of the money for our purposes and do not co-mingle any funds.<br>$15,928.85 | |
| Joint Debtor:<br>N/A | | |

### 15. Prior address of debtor

None ☒  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: Southern Sports Supply Corp. | / 72-1358931 | 5465 Cottage Hill Road Mobile, AL | | Beginning Date: Ending Date: |

N/A

| | | | | |
|---|---|---|---|---|
| BA Business Properties LLC | / | 5465 Cottage Hill Road Mobile, AL | Land ownership. Owned property upon which business is located. Foreclosed by PNC in 2014. | Beginning Date: 2006 Ending Date: 2014 |
| CJ&B Business Bentures, LLC | / | | Managed skate park in MS. Closed in 2013. | Beginning Date: 2007 Ending Date: 2013 |
| Aull & Monroe | / 63-1010275 | | Debtor owns 7% of tock subject to shareholder buy back of $700.00 | Beginning Date: 1990 Ending Date: Current |

Joint Debtor:
N/A

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☒   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Debtor:
N/A

Joint Debtor:
N/A

None ☒   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

Debtor:
N/A

Joint Debtor:
N/A

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

Debtor:
N/A

Joint Debtor:
N/A

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

Debtor:
N/A

Joint Debtor:
N/A

---

**20. Inventories**

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|

Debtor:
N/A

Joint Debtor:
N/A

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

Debtor:
N/A

N/A

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS         NATURE OF INTEREST        PERCENTAGE OF INTEREST

N/A

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

N/A

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME         ADDRESS        DATE OF WITHDRAWAL

N/A

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS         TITLE        DATE OF TERMINATION

N/A

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| --- | --- | --- |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | AND VALUE OF PROPERTY |

N/A

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately

preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                      TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  November 17, 2014         Signature of Debtor     /s/Charles Darren Thuss

Date  November 17, 2014         Signature of Joint Debtor (if any)     /s/Jamie Lynn Thuss

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re  Charles Darren Thuss and Jamie Lynn Thuss      Case No. _____
     Debtor          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Provident Funding Associates, LP | **Describe Property Securing Debt**:<br>3211 Wyncliff Court East, Mobile, AL 36695 |

Property will be *(check one)*:
     ☐ Surrendered      ☒ Retained

If retaining the property, I intend to *(check at least one)*:
     ☐ Redeem the property
     ☒ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
     ☒ Claimed as exempt      ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Tyndall Credit Union | **Describe Property Securing Debt**:<br>2012 BMW 528i w/30,000 |

Property will be *(check one)*:
     ☐ Surrendered      ☒ Retained

If retaining the property, I intend to *(check at least one)*:
     ☐ Redeem the property
     ☒ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
     ☒ Claimed as exempt      ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: November 17, 2014                                    /s/Charles Darren Thuss
                                                                              Signature of Debtor


                                                                              /s/Jamie Lynn Thuss
                                                                              Signature of Joint Debtor

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF ALABAMA

**In re**

**Charles Darren Thuss and Jamie Lynn Thuss**

Case No. _____

**Debtor**

Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **3,500.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **3,500.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor          [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Debtor has agreed to pay any out of pocket expenses including long distance telephone calls, faxes and copying charges. This fee does not include representation in any adversary proceeding or Rule 2004 examination.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

**November 17, 2014**
*Date*

**/s/Barry L Thompson**

**Barry L Thompson**
*Signature of Attorney*

**Silver, Voit & Thompson P.C.**
*Name of law firm*

---

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Alabama**

In re:   **Charles Darren Thuss and Jamie Lynn Thuss**

_____
                        **Debtors**

Case No. _____

Chapter   **7**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **November 17, 2014**_____        Signed:   **/s/Charles Darren Thuss**_____

Dated:   **November 17, 2014**_____        Signed:   **/s/Jamie Lynn Thuss**_____

7th Avenue
1112 7th Ave
Monroe, WI 53566


A & A Fire Extinguisher Co.
PO Box 29558
Dallas, TX 75229-0558


A&R Allied Enterprise Inc.
600 Grand Ave
Ridgefield, NJ 07657


Ace Sports, Inc.
90-F Randall Ave
Woodlyn, PA 19094


Advanced Disposal Services Gulf Coast
PO Box 791064
Baltimore, MD 21279-1064


Alabama Computer Forms & Printing Co.
4008 Dauphin Island Pkwy
Mobile, AL 36605


All Star Sports
One Main St.
PO Box 1356
Shirley, MA 10464


Andover Coated Products, Inc.
9 Fanaras Dr
Salisbury, MA 01952


ARC aka Ridgeway of Mobile
Lockbox 403984
Atlanta, GA 30384-3984

Athletic Connection
PO Box 7726
Dallas, TX 75209


B-Active Sportswear Inc.
1020 Meyerside Dr.
Unit 5 & 6
Mississauga, Ontario, Canada L5T 1K7


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Big Red Publications
2808 North Main St.
PO Box 723
Elkhorn, NE 68022


Brian Joy
3229 Dianora Dr.
Rancho Palos Verdes, CA 90275


Broder Bros
3312 N. Berkeley Lake Road
Deluth, GA 30096


Broder Bros
c/o Mr. Danny Barlar
Conrad & Barlar
PO Box 3045
Mobile, AL 36652


Canadian Technical Tape, Ltd.
455 Boulevard de la Cote Vertu
Saint Lawrence, QC, Canada H4N 1E8


Capital One
c/o Holloway & Moxley, LLP
PO Box 4593
Montgomery, AL 36103

Capital One, F.S.B.
PO Box 85184
Richmond, VA 23285-5184


Center Ice
35 Raglin Road, Unit #6
Cambridge, Ontario, Canada N1T 1X9


Centre De Sous-Traitance Beauce
9050, 22e Avenue, Parc Industriel
Villa de Saint-Georges, Quebec, Canada G


City of Lewisville Fire Protection
PO Box 299002
15 W Church St.
Lewisville, TX 75029-9002


Coach-Mate Products
Site 23, PO Box 19
R.R. #1
De Winton, Alberta Canada T0L 0K0


Cross-Country Distributors, Inc.
PO Box 29
Hallandale, FL 33009


Custom Chenille
1130 Hillguard Road
Dallas, TX 75243-8396


DDR MDT Lakepoint Crossings LP
Dept 101194-20852-00000475
PO Box 951923
Cleveland, OH 44193


Djaygee, Inc.
d/b/a Cutting Edge Sports
1 Bryant Street
Woburn, MA 01801

Dodger Industries, Inc.
1702 21st St., Box 110
Eldora, IA 50627


Eagle Hockey
455 Highbury Ave
London, Ontario, Canada N5W 5K7


Eastern Skateboard Supply Inc.
6612 Amsterdam Way
Wilmington, NC 28405


Easton Sports
7855 Haskell Ave
Suite 200
Van Nuys, CA 91406-1902


ECHO Hockey
18318 Otter Creek Trail
Humble, TX 77346


Edge Protech, LLC
43021 West 13 Mile Rd.
Novi, MI 48377


EDMI Enterprise LLC dba Coolseatz
12020 Chandler Dr
Walton, KY 41094


EmbroidMe of Lewisville
1425 RM 407, Suite 400 A
Lewisville, TX 75077


Eschelon Sports
505 N. Smith Street
Suite 106
Corona, CA 92880

FFC, LLC
PO Box 643975
Cincinnati, OH 45264-3975


Focus Products
3404 S. Cato Springs Road
Fayetteville, AR 72701


Frazier Sports
PO Box 20907
Waco, TX 76702-0580


Glovesmith, Inc.
PO Box 146
6231 Hwy 61/67
Imperial, MO 63052-0146


Graf
2308 Portland St. S.E.
Calgary, Alberta, CA T2G 4M6


Grogan, Lucille
PO Box 111
Lake Dallas, TX 75065


Harrow Sports, Inc.
600 West Bayaud Ave
Denver, CO 80223


Heft, Bryan
1216 Old Oak Trail
Flower Mound, TX 75028


Hockey West
14010 Gracebee
Norwalk, CA 90650

Hockeyis
12235 53rd Ave
Montreal, Quebec, Canada H1E 0A6


Icon-Elite Group, Inc.
380 rue DesLauriers St.
Montreal, Quebec H1E 0A6


Imprints Wholesale
Dept. 1879
Denver, CO 80291-1879


IncredibleSports Pro Shop
3299 Sportsplex Dr
Coral Springs, FL 33065


K. Donelson Foose
273 Azalea Road, 1-216
Mobile, AL 36609


K-1 Sportswear
1309 Ave C
Cloquet, MN 55720


Kamazu
360 Sprinnaker Way
Concord, Ontario, Canada L4K 4W1


Land Holding LLC
c/o PNC Bank, NA
101 West Washington St., 5th Floor
Mail Stop 11-Y013-05-8
Indianapolis, IN 46255


Laundry Loops Inc.
PO Box 5167
Bozeman, MT 59717

Mearthane Products Corp
PO Box 33361
Hartford, CT 06150-3361


Mobile Professional Baseball DBA BayBear
Attn:  Berry Adams
755 Bolling Bros Blvd
Mobile, AL 36606


Monkeysports, Inc.
Attn:  Accts Receivable
1550 Magnolia Ave, Ste 101
Corona, CA 92879


Mr. Scott Morrow
825 Hidden Springs Ct
McKinney, TX 75071


Nash Sports
RR #1
Lakefield, Ontario, Canada K0L 2H0


New England Sports Sales, Inc.
22 Prospect St.
Unit 6
Woburn, MA 01801


Oklahoma City Blazers
105 N Hudson, Ste 101
Oklahoma City, OK 73102


Outdoor Cap Company, Inc.
1200 Melissa Dr.
PO Box 210
Bentonville, AR 72712


Patins STEP, Inc.
2560 Dalton Ave
Quebec QC, Canada GP1 3S4

Pitney Bowes, Inc.
PO Box 371896
Pirrsburgh, PA 15250-7896


Pitney Powes/Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


PNC Bank
c/o George M. Neal, Jr.
Sirote and Permutt, PC
2311 Highland Avenue South
Birmingham, AL 35205


Printing One
740 Hillscrest Rd
Mobile, AL 36695


ProGuard Sports, Inc.
PO Box 258
Hugo, MN 55038-0258


Provident Funding Associates, LP
P.O. Box 5914
Santa Rosa, CA 95402-5914


R. Carter & Associates, Inc.
PO Box 902
Mobile, AL 36601


Reebok-CCM Hockey US, Inc.
PO Box 5219
New York, NY 10087-5219


Reliable Hockey
25 Depot Road
Groton, CT 06340

Riley, Judy
PO Box 138
Saraland, AL 36571


Sasch, Inc.
8101-A Moberly
Dallas, TX 75227


SBK
3905 rue Lesage
Sherbrooke, Quebec, Canada J1L 2Z9


Scapa Tapes
PO Box 414086
Boston, MA 02241-4086


Screen Process of Alabama, LLC
4250 Praytor Way
Trussville, AL 35173


Sher-Wood Hockey, Inc.
PO Box 431
Derby Line, VT 05830


Shock Doctor Sports Technology
3300 Fernbrook Lane N.
Plymouth, MN 55447


Smarthockey
815A Brazos St. #170
Austin, TX 78701-2502


SP Apparel Inc.
1237 Boul. Industriel
Granby, Quebec, Canada J2J 2B8

Stanfield's Limited
1 Logan St.
PO Box 190
Truro, NS Canada B2N 5C2


Terminix
PO Box 742592
Cincinnati, OH 45274-2592


Texas Sports Zone
4708 Laurel St.
Bellaire, TX 77401


Torspo Hockey International Inc
12 Bridge Square, Ste 103
Anoka, MN 55303


Tour Skate Company
1157 Payshere Circle
Chicago, IL 60674


Transfer Express
7650 Tyler Blvd
Mentor, OH 44060


Trenway Textiles
1701 Everett Drive West
Fort Payne, AL 35968


Tri-Foxco
4645 Witmer Industrial Estate
Niagra Falls, NY 14305


Twin City Knitting Co.
104 Rock Barn Rd NE
Conover, NC 28613

Tyndall Credit Union
PO Box 59760
Panama City, FL 32412-0760


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280


Valken
1 Hawk Court
Swedesboro, NJ 08085


Vaughn
550 S Glaspie St.
Oxford, MI 48371


Warrior Sports, Inc.
16151 Collections Center Dr
Chicago, IL 60693


Wilson Sporting Goods
PO Box 3135
Carol Stream, IL 60132-3135


Wincraft Inc. - Pepline Div
PO Box 86
SDS #12-1806
Minneapolis, MN 55486-1806


Zephyr
PO Box 304
Stillwater, MN 55082